**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE INIGUEZ, SENIOR,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No. CV 14-4945 AB (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

1     **IT IS ORDERED** that Respondent's Motion to Dismiss is
2 granted. The Petition is denied and Judgment shall be entered
3 dismissing this action with prejudice.
4
5     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
6 Order and the Judgment herein on counsel for Petitioner and
7 Respondent.
8
9     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
10
11 DATED: August 11, 2015
12                         ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28