1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JORGE INIGUEZ, SENIOR,          Case No. CV 14-4945 AB (SS)

12                    Petitioner,

13          v.                                **JUDGMENT**

14   RON DAVIS, Warden,

15                    Respondent.

16

17          Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21          IT   IS   HEREBY   ADJUDGED   that   the   above-captioned   action   is

22   dismissed with prejudice.

23

24   DATED:  August 11, 2015

25                                   _____
                                     ANDRÉ BIROTTE JR.
26                                   UNITED STATES DISTRICT JUDGE

27

28